Carlos J. Rosario, State Bar # 280678
    Email: carlitosrosario@gmail.com
Anthony W. Trujillo, State Bar # 248860
    Email: atrujillo@trujillowinnick.com
Alexander H. Winnick, State Bar # 239430
    Email: awinnick@trujillowinnick.com
TRUJILLO & WINNICK, LLP
2919½ Main Street
Santa Monica, CA 90405
Telephone:   310.210.9302
Facsimile:   310.921.5616

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| NIKO VUORI,<br><br>    Plaintiff,<br><br>vs.<br><br>GRASSHOPPER CAPITAL LLC, ARI LEWIS, AND SAGAR RAMBHIA<br><br>    Defendants. | CASE NO: 3:17-CV-06362<br><br>**NOTICE OF APPEARANCE OF CARLOS ROSARIO AS COUNSEL FOR DEFENDANTS GRASSHOPPER CAPITAL LLC, ARI LEWIS, AND SAGAR RAMBHIA**<br><br><br>Case Filed:   October 31, 2017<br>Trial Date:   none |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Notice is hereby given that attorney Carlos Rosario of Trujillo & Winnick LLP is appearing as counsel on behalf of Defendants Grasshopper Capital LLC, Ari Lewis, and Sagar Rambhia in the above-entitled action.

Dated: November 22, 2017

Respectfully submitted,
TRUJILLO & WINNICK, LLP

By: /s/ Carlos J. Rosario
Carlos J. Rosario
Attorney for Defendants