1  KEKER, VAN NEST & PETERS LLP
   R. ADAM LAURIDSEN - #243780
2  alauridsen@keker.com
   BAILEY W. HEAPS - #295870
3  bheaps@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
5  Facsimile:   415 397 7188

6  Attorneys for Plaintiff
   NIKO VUORI

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 NIKO VUORI,                          Case No. 3:17-cv-06362-JCS

11          Plaintiff,                   **DECLARATION OF NIKO VUORI IN
                                         SUPPORT OF PLAINTIFF'S
12     v.                               OPPOSITION TO DEFENDANTS'
                                         MOTION TO DISMISS**
13 GRASSHOPPER CAPITAL LLC, ARI
   LEWIS and SAGAR RAMBHIA,             Date:       February 16, 2018
14                                       Time:       9:30 a.m.
           Defendants.                   Ctrm:       G, 15th Floor
15                                       Judge:      Magistrate Judge Joseph C. Spero

16

17                                       Date Filed: October 31, 2017

18                                       Trial Date:  None Set

19

20

21

22

23

24

25

26

27

28

1211306.02

I, NIKO VUORI, hereby declare and state that:

1.      I am a Piedmont, California-based entrepreneur and former executive at Zynga and Rocket Games.  From May 2017 until Defendants' breach of our contract in October, I served as an advisor to Grasshopper Capital LLC ("Grasshopper" or "the Fund").  I am the Plaintiff in this lawsuit.  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.      I first met Ari Lewis in April 2015.  After Lewis contacted me to discuss his work on Grasshopper Capital in early May 2017, I discussed with Lewis and his business partner, Sagar Rambhia, an arrangement through which I would serve as an advisor to Grasshopper in exchange for a percentage of the Fund's profits.  After extensive communications back-and-forth—all conducted, on my part, from California—we reached an agreement to that effect in mid-May 2017.  My interactions with Lewis and Rambhia gave me the distinct impression that they had sought out my services *specifically because of* my ties to Silicon Valley and the Bay Area.

3.      My work for Grasshopper consisted of two primary components: recruiting potential investors and advising Lewis and Rambhia on strategy.

4.      As regards soliciting investments, I reached out on Grasshopper Capital's behalf to numerous California-based investors.  When I did, I would typically share a Power Point presentation that Lewis and Rambhia had created that touted my involvement as an advisor.  *See* Ex. A.  When Lewis and Rambhia reached out to potential investors, they would share the same slide deck bearing my name and likeness.

5.      For example, I introduced Lewis and Rambhia to John Osvald, a former Zynga executive who resides in the Bay Area, Bill Gelpi, the San Francisco-based founder of Rocket Games, and Alex Tonelli, the San Francisco-based CEO of Endurance Companies.

6.      In some cases, Lewis and Rambhia requested that I reach out to specific individuals based in California.  As but one example, they asked that I connected them with Rob Majiteles of Oak Investment Partners.

7.      Similarly, Lewis and Rambhia often copied me on, or forwarded to me, their correspondence with many other investors who I know to be based in California.  To name just a

few, I was involved in their outreach efforts to John Kobs, Matt Huang, James Danforth, Dave Orr, Clint Korver, Eric Pelnik, and Kathryn Verwillow, all of whom, to the best of my knowledge, reside in California.  Lewis told Verwillow that he intended to travel to California in August or September 2017 and offered to meet with her.  *See* Ex. B.

8.      In fact, Lewis made a similar offer to meet with me.  *See* Ex. C.  We did indeed meet for lunch during that trip.

9.      In my role as advisor to Grasshopper Capital, I also put Lewis and Rambhia in touch with bankers at Silicon Valley Bank ("SVB").  *See* Ex. D.  Lewis indicated in that correspondence that he hoped to hire SVB to do work on Grasshopper Capital's behalf.  *Id.*

10.      Lewis and Rambhia relied on at least one other bank in California, as they told investors to wire money to Silvergate Bank in La Jolla, California.

11.      The second part of my work for Grasshopper was strategic counseling.  Lewis and Rambhia contacted me in California, typically by phone or e-mail, dozens of times between May and September 2017.  We spoke frequently about what to invest in, how to recruit investors, how to market the Fund, and related topics.

12.      While I performed the foregoing advisory work, Lewis, Rambhia, and I exchanged calls and messages about memorializing the agreement we had reached.  In the course of those conversations, I learned that they were advised by attorneys at Cole-Frieman & Mallon LLP in San Francisco.  For my part, I was represented by attorneys at Arnold & Porter, likewise in San Francisco.  When I told Lewis and Rambhia that I would need to give my attorneys time to review a draft agreement, they informed me that a delay of "[a] few weeks doesn't hurt us" because "Goal is 10-20 year relationship."  *See* Ex. E.

13.      At all times pertinent to this lawsuit, I have resided in Piedmont.  Other than when I traveled to Finland for a family vacation, I performed all work for Grasshopper from my Piedmont home.

14.      I elected to sue in the Northern District of California not just because the underlying events largely transpired here, but because it is significantly more convenient for me

to litigate here.  I have responsibilities to my wife and young children and my work as a

consultant for several San Francisco-based startups requires my regular presence in the Bay Area.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

December 6, 2017, in Piedmont, California.

*Niko Vuori*

NIKO VUORI

1211306.02

# Exhibit A

# GRASSHOPPER CAPITAL

## A CRYPTOCURRENCY AND CRYPTOASSET FUND

Confidential Investor Presentation Q2 2017



Grasshopper Capital is one of the first funds solely dedicated to investing in blockchain-based currencies and assets



# Disclosures

This material does not constitute an offer or solicitation to purchase an interest in Grasshopper Capital LP (the "Fund") or any related vehicle, which such offer will only be made via a confidential offering memorandum. An investment in the Fund is speculative and is subject to a risk of loss, including a risk of loss of principal. There is no secondary market for interests in the Fund and none is expected to develop. No assurance can be given that the Fund will achieve its objective or that an investor will receive a return of all or part of its investment. This material contains certain forward-looking statements and projections regarding the future performance and asset allocation of the Fund. These projections are included for illustrative purposes only, are inherently speculative as they relate to future events, and may not be realized as described. These forward-looking statements will not be updated in future.



# Fund Thesis

1. Superior performance doesn't come from being right, but from being more right than the consensus

2. It helps to get to a market early, before it becomes understood, popular and respectable

3. We believe that the cryptocurrency market will grow from a billion dollar asset class to a trillion dollar asset class in the next three years



## Team

- For the past 5 years we have been involved in the cryptocurrency space

- We have <u>mined Ethereum</u>, built cryptocurrency products, and used <u>Bitcoin to buy</u> everyday items

- When we started investing 30 months ago, we started with $18,000 and now have ~$1,400,000



<u>Ari Lewis</u> & <u>Sagar Rambhia</u>



# Advisors



### Niko Vuori
Former Senior Executive at Zynga
Founder at Rocket Games
($170MM Acqusition)



### David Rhodes
Former CEO at United Gulf Bank
Former Executive at KIPCO



### Adam Collins
Software Engineer at Google



# Case Study: Ethereum

- Ethereum is an open-source, public, blockchain-based distributed computing platform featuring smart contract functionality

- In July 2014, we invested $2,000 into the Ethereum crowdsale; As of 5/20/17 that is worth ~$750,000

- This utility token is liquid, traded on multiple cryptocurrency exchanges, and can be bought and sold for USD



Resources:  Infographic



# Case Study: SingularDTV

- SingularDTV is a blockchain entertainment studio, rights/revenue/royalty management platform and TVOD portal

- On October 2nd, 2016, we invested $500 into the SingularDTV crowdsale; As of 5/20/17 that is worth ~$100,000

- This **utility token** is liquid, traded on multiple cryptocurrency exchanges, and can be bought and sold for USD



Resources: Bitcoin Magazine



# Liquidity

All tokens are usually immediately available for conversion in fiat currency

- Coinbase/GDAX (Ethereum, Bitcoin, and Litecoin are supported)

- Kraken (15 cryptocurrencies are supported)

- Poloniex (90 cryptocurrencies are supported)

- Bittrex (194 cryptocurrencies are supported)



# Liquidity





# Investment Methodology

Our strategy is two-fold, an event driven trading firm and longer-term investing in the picks and shovel of the blockchain space.



# The Truth about Cryptocurrencies

- <u>Cryptocurrency is digital oil</u>, the fuel that is required for decentralized applications to run and verify transactions

- As industries adopt and are built around decentralized applications, both the value of the decentralized applications and cryptocurrency will increase symbiotically.
  - Example: It has monetary utility; I can go on Overstock.com and buy a fridge with Bitcoin



# The Truth about Cryptocurrencies

In the long term, three things will determine the value of cryptocurrency:

1. Utility: <u>adoption by merchants</u> and other users; currently, $1B+ is transacted daily on the bitcoin network
2. Liquidity: exchange markets, interchangeability with other forms of value
3. Trust: reputation, regulation, adoption by trusted institutions



# Initial Coin Offerings

- Token Sales are a very young and very risky market

- ICOs are the new "pre-seed"

- They represent excellent growth potential with opportunities that go beyond monetary growth

- With a modest amount of capital invested at ICO (~$50k), Grasshopper Capital is able to influence the crypto market and companies



Market Capitalization of "Listed" Tokens > $1.2B



# Building the Future

Most people do not understand the inner workings of a car, the internet, or a TV, but they use them everyday.

Cryptocurrency makes it easier to trust people, cheaper to buy goods, and makes the world better connected. It will be the foundation of current and future industries.



# Fund Terms

| | |
|---|---|
| **Investment Minimum** | $100,000 |
| **Redemptions** | Quarterly |
| **Lock-up** | 1 year |
| **Management Fee** | 2% |
| **Incentive Allocation\*** | 20% |
| **Reporting** | Monthly performance, year-end audit |
| **Administrator** | MG Stover & Co |
| **Auditor** | BDO |
| **Counsel** | Cole-Frieman & Mallon LLP |

*The General Partner's incentive allocation will be subject to a "high water mark," meaning that no additional performance is allocated to the General Partner without new profits



Resources

- Coindesk
- Smith & Crown
- CoinMarketCap
- PwC
- HBR



# Exhibit B



**Niko Vuori <nikovuori@gmail.com>**

---

## Fwd: Investment Documents and MG Stover Introduction
2 messages

---

**Ari Lewis** <ari@grasshopper.capital>                                    Fri, Aug 11, 2017 at 4:34 PM
To: Niko Vuori <nikovuori@gmail.com>, Sagar Rambhia <sagar@grasshopper.capital>

We have an LP. We are real. Yayyyyyyy.

---------- Forwarded message ---------
From: Kathryn Verwillow <kverwillow@yahoo.com>
Date: Fri, Aug 11, 2017 at 7:26 PM
Subject: Re: Investment Documents and MG Stover Introduction
To: Ari Lewis <ari@grasshopper.capital>

Hello Ari,

I just initiated the wire transfer for $20k.  Looks like it will be processed on Monday.

Fun stuff!

All my best,
Kathryn

---

**From:** Ari Lewis <ari@grasshopper.capital>
**To:** Kathryn Verwillow <kverwillow@yahoo.com>
**Sent:** Friday, August 11, 2017 5:48 AM

**Subject:** Re: Investment Documents and MG Stover Introduction
You are free to wire the money when you are ready. We look forward to a long and fruitful relationship!

Ari
On Thu, Aug 10, 2017 at 2:41 PM, investorservices@mgstover.com
<investorservices@mgstover.com> wrote:

Hi Ari,

Yes, Kathryn is okay to wire her contribution in at any time. Going forward, investors can send in the wire in conjunction with the submission of the subscription document.

Thanks,

**Patrick Reynolds**
Associate
Investor Services and Treasury
cid:image001.jpg@01CD6981.D1BD6380

1331 17th Street, Suite 720
Denver, CO 80202

(720) 439-8982 direct
(303) 648-4864 fax
reynolds@mgstover.com
www.mgstover.com
Click here to upload files securely via Sharefile.

**From:** Ari Lewis [mailto:ari@grasshopper. capital]
**Sent:** Thursday, August 10, 2017 11:51 AM
**To:** investorservices@mgstover.com
**Cc:** Kathryn Verwillow <kverwillow@yahoo.com>; Sagar Rambhia <sagar@grasshopper.capital>

**Subject:** Re: Investment Documents and MG Stover Introduction

Inline
image

Can Kathryn wire the money now?

Ari

On Thu, Aug 10, 2017 at 1:15 PM, investorservices@mgstover.com
<investorservices@mgstover.com > wrote:

> Hi Kathryn,
>
> Thank you for sending in the additional support! Please allow this to confirm receipt of your W-9.
>
> Thanks,
>
> **INVESTOR RELATIONS**
> cid:image001.jpg@01CD6981.D1BD6380
>
>
> 1331 17th Street, Suite 720
> Denver, CO 80202
>
> (303) 410-4400 phone
> (303) 648-4864 fax
> investorservices@mgstover.com
> www.mgstover.com
>
> ---
>
> **From:** Kathryn Verwillow [mailto:kverwillow@yahoo.com]
> **Sent:** Thursday, August 10, 2017 11:12 AM
> **To:** investorservices@mgstover.com; Ari Lewis <ari@grasshopper.capital>
> **Cc:** Sagar Rambhia <sagar@grasshopper.capital>; grasshopper@mgstover.com
>
> **Subject:** Re: Investment Documents and MG Stover Introduction
>
>
> Sounds good.

I just faxed the W-9 over to MG Stover.

Take care,
Kathryn

---

**From:** "investorservices@mgstover.com " <investorservices@mgstover.com >
**To:** Ari Lewis <ari@grasshopper.capital>
**Cc:** Sagar Rambhia <sagar@grasshopper.capital>; Kathryn Verwillow <kverwillow@yahoo.com>; "grasshopper@mgstover.com" <grasshopper@mgstover.com>
**Sent:** Thursday, August 10, 2017 7:33 AM
**Subject:** RE: Investment Documents and MG Stover Introduction

Hi Ari and Kathryn,

Ari - Yes we have received Kathryn's subscription documents! Sorry for the delayed response.

Kathryn – We have completed our initial review and for your paperwork to be in good order we will just need a completed W-9 for yourself. I've attached a blank copy if necessary.

If you have any questions, please do not hesitate to reach out.

Thanks,

**INVESTOR RELATIONS**
cid:image001.jpg@01CD6981.D1BD6380

1331 17th Street, Suite 720
Denver, CO 80202

(303) 410-4400 phone
(303) 648-4864 fax
investorservices@mgstover.com
www.mgstover.com

**From:** Ari Lewis [mailto:ari@grasshopper. capital]
**Sent:** Wednesday, August 09, 2017 7:04 PM
**To:** grasshopper@mgstover.com
**Cc:** Sagar Rambhia <sagar@grasshopper.capital>; Kathryn Verwillow <kverwillow@yahoo.com>
**Subject:** Re: Investment Documents and MG Stover Introduction

Inline
image

Was Kathryn's paperwork received?

Ari

On Tue, Aug 1, 2017 at 12:50 AM, Kathryn Verwillow <kverwillow@yahoo.com> wrote:

> Sounds great.
>
> Thanks for everything,
> Kathryn

---

**From:** Ari Lewis <ari@grasshopper.capital>
**To:** Kathryn Verwillow <kverwillow@yahoo.com>
**Cc:** Sagar Rambhia <sagar@grasshopper.capital>; grasshopper@mgstover.com
**Sent:** Monday, July 31, 2017 4:19 PM
**Subject:** Re: Investment Documents and MG Stover Introduction

Inline image
Awesome! Thanks so much. I'll be in SF in late August - early September if you are available to meet. If you ever need anything or have any questions, don't hesitate to email me or give me a call.

Thanks,

Ari

On Mon, Jul 31, 2017 at 7:16 PM, Kathryn Verwillow <kverwillow@yahoo.com> wrote:

> Sounds good. I just dropped all the subscription paperwork in the mail and it should arrive to MG within a couple of days.
>
> I'll work on my local investor contacts.
>
> Take care,
> Kathryn

---

**From:** Ari Lewis <ari@grasshopper.capital>
**To:** Kathryn Verwillow <kverwillow@yahoo.com>
**Cc:** Sagar Rambhia <sagar@grasshopper.capital>
**Sent:** Monday, July 31, 2017 8:57 AM
**Subject:** Re: Investment Documents and MG Stover Introduction

Inline image

Hi Kathryn,

That works for us. We'd be happy to have you as an investor. Let us know if you have any questions about the documents or need help filling them out.

It would be really great if you can introduce us to any investors you think would be interested. I'd be happy to send any relevant docs to help make the introductions easier. For introductions, we can't go lower than the $100K investment amount though.

Speak soon,

Ari

On Mon, Jul 31, 2017 at 11:51 AM, Kathryn Verwillow <kverwillow@yahoo.com> wrote:

> Good morning,
>
> I checked with my people and we'd be happy to go in for $20,000. I know that's a lower number than you're aiming for these days, but hopefully that could work. We'll promise not to be any trouble. And we definitely won't hassle you about investment returns.
>
> All my best,
> Kathryn
>
> _____
>
> **From:** Ari Lewis <me@arilewis.com>
> **To:** Kathryn Verwillow <kverwillow@yahoo.com>
> **Cc:** ari@grasshopper.capital; grasshopper@mgstover.com
> **Sent:** Friday, July 28, 2017 10:49 AM
> **Subject:** Investment Documents and MG Stover Introduction
>
> Inline image
>
> Hi Kathryn,
>
> I've attached our investor docs. MG Stover, our fund administrator, is CCed and can answer administrative questions about the fund. Let me know if you have any other questions. We also run a newsletter where we discuss our thoughts on the markets. You can check it out here: https://www.getrevue.co/ profile/grasshoppercapital
>
> Any introductions would be super appreciative. Can you also use my Grasshopper email moving forward?
>
> Thanks,
>
> Ari
>
> --
>
> Subscribe to my weekly newsletter about investing in cryptocurrency.

--

Ari Lewis

Investor @ Grasshopper Capital
Twitter | Newsletter


--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter


--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter



--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter


--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter
--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter

 image004.jpg
3K

Ari Lewis <ari@grasshopper.capital>                                    Fri, Aug 11, 2017 at 4:35 PM

To: Niko Vuori <nikovuori@gmail.com>, Sagar Rambhia <sagar@grasshopper.capital>

I was genuinely concerned that I accidentally sent that to Katherine. Patience is a virtue.

Ari

On Fri, Aug 11, 2017 at 7:34 PM Ari Lewis <ari@grasshopper.capital> wrote:
We have an LP. We are real. Yayyyyyyy.

---------- Forwarded message ---------
From: Kathryn Verwillow <kverwillow@yahoo.com>
Date: Fri, Aug 11, 2017 at 7:26 PM
Subject: Re: Investment Documents and MG Stover Introduction
To: Ari Lewis <ari@grasshopper.capital>

Hello Ari,

I just initiated the wire transfer for $20k.  Looks like it will be processed on Monday.

Fun stuff!

All my best,
Kathryn

---

**From:** Ari Lewis <ari@grasshopper.capital>
**To:** Kathryn Verwillow <kverwillow@yahoo.com>
**Sent:** Friday, August 11, 2017 5:48 AM

**Subject:** Re: Investment Documents and MG Stover Introduction
You are free to wire the money when you are ready. We look forward to a long and fruitful relationship!

Ari
On Thu, Aug 10, 2017 at 2:41 PM, investorservices@mgstover.com
<investorservices@mgstover.com> wrote:
Hi Ari,

Yes, Kathryn is okay to wire her contribution in at any time. Going forward, investors can send in the wire in conjunction with the submission of the subscription document.

Thanks,

**Patrick Reynolds**
Associate
Investor Services and Treasury
cid:image001.jpg@01CD6981.D1BD6380

1331 17th Street, Suite 720
Denver, CO 80202

(720) 439-8982 direct

(303) 648-4864 fax
reynolds@mgstover.com
www.mgstover.com
Click here to upload files securely via Sharefile.


**From:** Ari Lewis [mailto:ari@grasshopper. capital]
**Sent:** Thursday, August 10, 2017 11:51 AM
**To:** investorservices@mgstover.com
**Cc:** Kathryn Verwillow <kverwillow@yahoo.com>; Sagar Rambhia
<sagar@grasshopper.capital>

**Subject:** Re: Investment Documents and MG Stover Introduction

Inline
image

Can Kathryn wire the money now?

Ari

On Thu, Aug 10, 2017 at 1:15 PM, investorservices@mgstover.com
<investorservices@mgstover.com > wrote:

Hi Kathryn,

Thank you for sending in the additional support! Please allow this to confirm receipt of your
W-9.

Thanks,

**INVESTOR RELATIONS**
cid:image001.jpg@01CD6981.D1BD6380


1331 17th Street, Suite 720
Denver, CO 80202

(303) 410-4400 phone
(303) 648-4864 fax
investorservices@mgstover.com
www.mgstover.com

**From:** Kathryn Verwillow [mailto:kverwillow@yahoo.com]
**Sent:** Thursday, August 10, 2017 11:12 AM
**To:** investorservices@mgstover.com; Ari Lewis <ari@grasshopper.capital>
**Cc:** Sagar Rambhia <sagar@grasshopper.capital>; grasshopper@mgstover.com

**Subject:** Re: Investment Documents and MG Stover Introduction

Sounds good.

I just faxed the W-9 over to MG Stover.

Take care,
Kathryn

---

**From:** "investorservices@mgstover.com " <investorservices@mgstover.com >
**To:** Ari Lewis <ari@grasshopper.capital>
**Cc:** Sagar Rambhia <sagar@grasshopper.capital>; Kathryn Verwillow <kverwillow@yahoo.com>; "grasshopper@mgstover.com" <grasshopper@mgstover.com>
**Sent:** Thursday, August 10, 2017 7:33 AM
**Subject:** RE: Investment Documents and MG Stover Introduction

Hi Ari and Kathryn,

Ari - Yes we have received Kathryn's subscription documents! Sorry for the delayed response.

Kathryn – We have completed our initial review and for your paperwork to be in good order we will just need a completed W-9 for yourself. I've attached a blank copy if necessary.

If you have any questions, please do not hesitate to reach out.

Thanks,

**INVESTOR RELATIONS**
cid:image001.jpg@01CD6981.D1BD6380

1331 17th Street, Suite 720
Denver, CO 80202

(303) 410-4400 phone
(303) 648-4864 fax
investorservices@mgstover.com
www.mgstover.com

**From:** Ari Lewis [mailto:ari@grasshopper. capital]
**Sent:** Wednesday, August 09, 2017 7:04 PM
**To:** grasshopper@mgstover.com
**Cc:** Sagar Rambhia <sagar@grasshopper.capital>; Kathryn Verwillow <kverwillow@yahoo.com>
**Subject:** Re: Investment Documents and MG Stover Introduction

Inline
image

Was Kathryn's paperwork received?

Ari

On Tue, Aug 1, 2017 at 12:50 AM, Kathryn Verwillow <kverwillow@yahoo.com> wrote:

Sounds great.

Thanks for everything,
Kathryn

---

**From:** Ari Lewis <ari@grasshopper.capital>
**To:** Kathryn Verwillow <kverwillow@yahoo.com>
**Cc:** Sagar Rambhia <sagar@grasshopper.capital>; grasshopper@mgstover.com
**Sent:** Monday, July 31, 2017 4:19 PM
**Subject:** Re: Investment Documents and MG Stover Introduction

Inline image
Awesome! Thanks so much. I'll be in SF in late August - early September if you are
available to meet. If you ever need anything or have any questions, don't hesitate to email
me or give me a call.

Thanks,

Ari

On Mon, Jul 31, 2017 at 7:16 PM, Kathryn Verwillow <kverwillow@yahoo.com> wrote:

> Sounds good.  I just dropped all the subscription paperwork in the mail and it should
> arrive to MG within a couple of days.
>
> I'll work on my local investor contacts.
>
> Take care,
> Kathryn
>
> ---
>
> **From:** Ari Lewis <ari@grasshopper.capital>
> **To:** Kathryn Verwillow <kverwillow@yahoo.com>
> **Cc:** Sagar Rambhia <sagar@grasshopper.capital>
> **Sent:** Monday, July 31, 2017 8:57 AM
> **Subject:** Re: Investment Documents and MG Stover Introduction
>
> Inline image
>
> Hi Kathryn,
>
> That works for us. We'd be happy to have you as an investor. Let us know if you have
> any questions about the documents or need help filling them out.
>
> It would be really great if you can introduce us to any investors you think would be
> interested. I'd be happy to send any relevant docs to help make the introductions easier.
> For introductions, we can't go lower than the $100K investment amount though.
>
> Speak soon,

Ari

On Mon, Jul 31, 2017 at 11:51 AM, Kathryn Verwillow <kverwillow@yahoo.com> wrote:

> Good morning,
>
> I checked with my people and we'd be happy to go in for $20,000. I know that's a
> lower number than you're aiming for these days, but hopefully that could work. We'll
> promise not to be any trouble. And we definitely won't hassle you about investment
> returns.
>
> All my best,
> Kathryn
>
> ─────────────────────────────
>
> **From:** Ari Lewis <me@arilewis.com>
> **To:** Kathryn Verwillow <kverwillow@yahoo.com>
> **Cc:** ari@grasshopper.capital; grasshopper@mgstover.com
> **Sent:** Friday, July 28, 2017 10:49 AM
> **Subject:** Investment Documents and MG Stover Introduction
>
> Inline image
>
> Hi Kathryn,
>
> I've attached our investor docs. MG Stover, our fund administrator, is CCed and can
> answer administrative questions about the fund. Let me know if you have any other
> questions. We also run a newsletter where we discuss our thoughts on the markets.
> You can check it out here: https://www.getrevue.co/ profile/grasshoppercapital
>
> Any introductions would be super appreciative. Can you also use my Grasshopper
> email moving forward?
>
> Thanks,
>
> Ari
>
> --
>
> Subscribe to my weekly newsletter about investing in cryptocurrency.

--

Ari Lewis
Investor @ Grasshopper Capital

Twitter | Newsletter


--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter


--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter


--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter


--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter
--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter
--

Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter

# Exhibit C

                                             Niko Vuori <nikovuori@gmail.com>

---

## Agenda for Tuesday
10 messages

**Ari Lewis** <me@arilewis.com>                                    Sat, Jul 22, 2017 at 8:49 AM
To: Niko Vuori <nikovuori@gmail.com>

Hi Niko,

Attached is an agenda with background on each issue.

- Fundraising Strategy

I feel very confident with your connections and our connections that we will get to $25MM in fee-based AUM by 11/1. I know the demand is definitely there. Sagar and I are accepting all investors that we spoke to before PPM was issued. Our thinking was we should reward people who answered our email before we had anything. We also think these "investors" can provide vaue-add. For example, Jeff Reitman, a principal at NYCA, is investing $5K. His boss at NYCA is the former President of Visa. The rest of NYCA's Investment Partners are all worth 9 figure plus and Jeff is on a first-name basis with them.

After we collect all these "verbal" investments, we are going to ask for introductions. If people are hesitant to introduce us, we will tell them it benefits them because the more time we spend fundraising, the less time will be spent researching investments. (Something along those lines) It's in the interest of an LP to introduce. We should discuss going after "whales" and when to go after different people. For example, Clifford Asness, Founder of AQR and billionaire, is someone who I believe we can get a warm introduction to and would write a large check. He also would open the world to us. Once we get one whale, we have access to every whale.

- SF Trip

I meet Arie Cohen August 14th. I'd be ready to go to SF August 16th. On our trip, I'd like for the 4 of us to meet and just talk, you can get to know the team and also make sure we are all on the same page of where we want to go.

- Fund Expenses versus Management Fee

This will affect you (sort of), but is good for Grasshopper as a whole because it puts less pressure on us monetarily. We have fund expenses which are paid for the fund. This means that all investors including ourselves pay for the auditor, fund administrator, and trading fees. This means we have a larger research budget because the management fee is separate from fund expenses. I can explain this in call.

- Civic

Good news, you made money. Bad news, we need to distribute CVC to you directly and you have to sell it. At the moment, you'll make about $3,200 (The price could move, but it's been stable between .15-.18. I can explain the breakdown in the call. You don't have to give us any money.

- What we've learned over the past few weeks

The Forbes Article and other developments have made Sagar and I realize that Grasshopper is fairly well-known in the crypto space. One reason is people think we have $25MM in the fund. We get emails 3-5 times a day from random people and at least 3-5 pre-sale pitches a week. We have made a strong effort to address our "public persona". We are being very vigilant of what we say in both private and public conversations.

- Communication

Adam, Sagar and I have had free-time since we were waiting on administrative paperwork. So these were suggestions:

- I will send one email a day. It'll be limited to one-page covering what I did, links, research etc.
- We will be a project based company. We are going to use a tool called Roadmap to do that.
- We want to switch from Slack to Twist. I can explain motivation in the call.
- Sagar and Adam will send weekly message telling me how many free hours they have.
- We are also probably going to do some daily recap message of what they did that day even if they did nothing. Just so we are all on the same page

At the end of the day though, we just need to make money so we want to spend too much time thinking about communication and tools. The three of us have worked together for 4 years on different projects so I hope by this point we are in sync.

- Anything else?

We are pretty optimistic. The fund will be launched next week with internal capital. In theory, we can take the external capital, but realistically maybe a couple people will be in 8/1, but most of these "early investors" will be in 9/1.


Ari


--

Subscribe to my weekly newsletter about investing in cryptocurrency.

---

**Ari Lewis** <me@arilewis.com>　　　　　　　　　　　　　　Sun, Jul 23, 2017 at 10:46 AM
To: Niko Vuori <nikovuori@gmail.com>
Cc: ari@grasshopper.capital

We should discuss this when we talk if you have a chance to watch it:

https://www.youtube.com/watch?v=9SYVX2wcMVM

Ari

[Quoted text hidden]

---

**Ari Lewis** <ari@grasshopper.capital>　　　　　　　　　　　Tue, Jul 25, 2017 at 8:01 AM
To: Niko Vuori <nikovuori@gmail.com>

Yo yo. We are still chatting, right?

Ari

[Quoted text hidden]
--


Ari Lewis
Investor @ Grasshopper Capital
Twitter | Newsletter

---

**Niko Vuori** <nikovuori@gmail.com>　　　　　　　　　　　　Tue, Jul 25, 2017 at 10:55 PM
To: Ari Lewis <ari@grasshopper.capital>

My apologies for yesterday, I dropped my phone in the sea and it no longer works, so I missed the calendar alert. Also, can't use my phone to speak or do anything else for that matter - trying to dry it out, hopefully (fingers crossed) it'll restart in the next 24-48 hours once the insides clear or water!


[Quoted text hidden]

---

**Ari Lewis** <ari@grasshopper.capital>　　　　　　　　　　　Wed, Jul 26, 2017 at 4:46 AM
To: Niko Vuori <nikovuori@gmail.com>

That sucks! Did you put your phone in rice? That worked for me when I dropped my phone. Definitely let me know when you can chat. I would say there is a lot going on and we are ready to rock and roll.

Ari
[Quoted text hidden]
[Quoted text hidden]

**Niko Vuori** <nikovuori@gmail.com>　　　　　　　　　　　　　　　Wed, Jul 26, 2017 at 7:13 AM
To: Ari Lewis <ari@grasshopper.capital>

I'm trying the rice today, and combining it with the sauna (while heating - not at full blast). How long did you leave your phone in the rice? Hopefully I can bring it back from the dead.

Call is now a bit tricky - we are heading on a tour of extended family around Finland until Sunday, but I could do a Skype next Monday?

[Quoted text hidden]

---

**Ari Lewis** <ari@grasshopper.capital>　　　　　　　　　　　　　　Wed, Jul 26, 2017 at 7:36 AM
To: Niko Vuori <nikovuori@gmail.com>
Cc: Sagar Rambhia <sagar@grasshopper.capital>

Monday is fine. I think I left it for a day. It's really tough. It also might work and then you have other issues. It's super hit or miss.

I don't know if John Osvald told you, but he connected me with Eric S about Carnivore doing a token sale. I spoke with him via phone yesterday. John told me to ask him about investing.

Ari

[Quoted text hidden]

---

**Niko Vuori** <nikovuori@gmail.com>　　　　　　　　　　　　　　　Mon, Jul 31, 2017 at 6:03 AM
To: Ari Lewis <ari@grasshopper.capital>
Cc: Sagar Rambhia <sagar@grasshopper.capital>

Alrighty,

I am back at the summerhouse and am ready to talk this afternoon - easiest is actually if you call me by phone on 415-370-5741 and we can chat then. To the agenda, let's add the CVC sale issue you emailed me separately about, I wasn't entirely sure I followed what I needed to do.

Speak soon,
Niko
[Quoted text hidden]

---

**Ari Lewis** <ari@grasshopper.capital>　　　　　　　　　　　　　　Mon, Jul 31, 2017 at 6:04 AM
To: Niko Vuori <nikovuori@gmail.com>
Cc: Sagar Rambhia <sagar@grasshopper.capital>

Woooo. That works. Lots going on. What time do you want to chat?
[Quoted text hidden]

---

**Niko Vuori** <nikovuori@gmail.com>　　　　　　　　　　　　　　　Mon, Jul 31, 2017 at 6:05 AM
To: Ari Lewis <ari@grasshopper.capital>
Cc: Sagar Rambhia <sagar@grasshopper.capital>

Any time after now is good, whenever you are ready.
[Quoted text hidden]

# Exhibit D

 **Gmail**

**Niko Vuori <nikovuori@gmail.com>**

---

## RE: Introduction within Emerging Manager Practice? -Grasshopper Capital
10 messages

---

**SVBEmerging Tech** <STech@svb.com>                                   Mon, Jun 5, 2017 at 9:13 AM
To: Niko Vuori <nikovuori@gmail.com>, Ari Lewis <me@arilewis.com>
Cc: SVBEmerging Tech <STech@svb.com>, James Wilson <JWilson@svb.com>

Hi Niko,

Great to hear from you and thanks for the compliments.

Looping in James Wilson and he will be able to advise.

Regards,

Katie



Katie Chin | Early Stage Practice
2400 Hanover Street, Palo Alto, CA  94304
P: 650.812.0689

 *Years of Innovation*

Find SVB on LinkedIn, Facebook and Twitter

**For Online Banking/Bill Pay support**: 1-800-774-7390, e-mail ClientSupportCenter@svb.com

Business hours are Monday through Friday, 5:30AM to 5:30PM PT, excluding bank holidays.

**For Credit Card/Debit Card support**: 1-866-553-3481, e-mail cardoperations@svb.com

**From:** Niko Vuori [mailto:nikovuori@gmail.com]
**Sent:** Monday, June 05, 2017 9:05 AM
**To:** Group West Emerging Tech <SVBWestEmergingTech@svb.com>; Katie Chin <KChin@svb.com>

**Cc:** Ari Lewis <me@arilewis.com>
**Subject:** Introduction within Emerging Manager Practice?

Hi Katie and team,

I banked with SVB while I was with Rocket Games (I left at the end of 2016), and was very happy with the service we got with SVB.

I am currently working with Ari Lewis (cc:d here) on setting up a new investment fund (Grasshopper Capital) focused on cryptocurrency investments, and wanted to connect him with the right folks within SVB, I believe the right team is the Emerging Manager Practice (please correct me if I'm wrong)?

https://www.svb.com/private-equity-venture-capital/emerging-manager-practice/

Ari and Grasshopper Capital are based in Cleveland, and it would be great if we could make some connections with the appropriate people on the appropriate team to get things moving.

Thanks a lot!

Best,

Niko

(510) 676-2109

---

**Ari Lewis** <me@arilewis.com>                 Mon, Jun 5, 2017 at 9:19 AM
To: James Wilson <JWilson@svb.com>
Cc: Niko Vuori <nikovuori@gmail.com>, SVBEmerging Tech <STech@svb.com>

James: Nice to meet you. When could you talk? Let me know what info you need about the fund.

Ari
[Quoted text hidden]
--

Subscribe to my weekly newsletter about investing in cryptocurrency.

---

**James Wilson** <JWilson@svb.com>               Mon, Jun 5, 2017 at 9:57 AM
To: Ari Lewis <me@arilewis.com>
Cc: Niko Vuori <nikovuori@gmail.com>

Ari – nice to meet you as well. Cryptocurrency is a space that will likely be challenging for us to bank but I'm happy to run this by the team. Can you provide some additional info on the fund size, who your LPs are and the fund's investment thesis.

Thanks,

**From:** Ari Lewis [mailto:me@arilewis.com]
**Sent:** Monday, June 05, 2017 9:20 AM
**To:** James Wilson <JWilson@svb.com>
**Cc:** Niko Vuori <nikovuori@gmail.com>; SVBEmerging Tech <STech@svb.com>
**Subject:** Re: Introduction within Emerging Manager Practice? -Grasshopper Capital

|_____|James: Nice to meet you. When could you talk? Let me know what info you need about the fund.

Ari

[Quoted text hidden]

---

**Ari Lewis** <me@arilewis.com>                                          Mon, Jun 5, 2017 at 10:09 AM
To: James Wilson <JWilson@svb.com>
Cc: Niko Vuori <nikovuori@gmail.com>

James,

Sure. We are waiting for the fund to get official docs, but I think we will hit a minimum fund size of $7.5MM and this could go up to $25MM. 50-75 LPs and LP compositions are HNW and UNHW individuals. Maybe a few venture funds and family offices. There are obviously problems with institutions investing so we aren't sure how it will play out yet with institutional investing.

Investment Thesis is two-fold: event-driven strategy. We buy or sell a token based on an event. Second, buy and hold. We buy a token based on fundamentals.

Ari
[Quoted text hidden]

---

**Ari Lewis** <me@arilewis.com>                                          Tue, Jun 6, 2017 at 7:59 AM
To: James Wilson <JWilson@svb.com>
Cc: Niko Vuori <nikovuori@gmail.com>

Also, does it make a difference that you'll have no interaction with cryptocurrency? Our crypto will be routed through separate means. You'll only be dealing with USD.

Ari
[Quoted text hidden]

---

**James Wilson** <JWilson@svb.com>                                       Tue, Jun 6, 2017 at 9:05 AM
To: Ari Lewis <me@arilewis.com>
Cc: Niko Vuori <nikovuori@gmail.com>

Ari – one thing I wanted to confirm based on your initial response about the fund's investment thesis. It sounds like Grasshopper intends to buy & sell bitcoin based on broader market events, correct? As opposed to making equity investments in cryptocurrency / bitcoin startups?

**From:** Ari Lewis [mailto:me@arilewis.com]
**Sent:** Tuesday, June 06, 2017 8:00 AM
**To:** James Wilson <JWilson@svb.com>
**Cc:** Niko Vuori <nikovuori@gmail.com>
**Subject:** Re: Introduction within Emerging Manager Practice? -Grasshopper Capital

Also, does it make a difference that you'll have no interaction with cryptocurrency? Our crypto will be routed through separate means. You'll only be dealing with USD.

Ari

On Mon, Jun 5, 2017 at 1:09 PM Ari Lewis <me@arilewis.com> wrote:

[Quoted text hidden]
[Quoted text hidden]

---

Ari Lewis <me@arilewis.com>                                        Tue, Jun 6, 2017 at 11:31 AM
To: James Wilson <JWilson@svb.com>
Cc: Niko Vuori <nikovuori@gmail.com>

We are buying and selling not only Bitcoin, but other tokens. Attached is a deck that discusses our fund thesis more in-depth. We will not be making an equity investment in any cryptocurrency/bitcoin startups.

[Quoted text hidden]

 **Grasshopper Capital Deck - v7.pdf**
1863K

---

James Wilson <JWilson@svb.com>                               Wed, Jun 7, 2017 at 12:00 PM
To: Ari Lewis <me@arilewis.com>
Cc: Niko Vuori <nikovuori@gmail.com>

Hi Ari – I was able to circle up with our compliance team and unfortunately we are unable to proceed with an account for Grasshopper given the underlying assets of the fund are bitcoin and other cryptocurrencies. Our fund practice is geared towards traditional VC funds i.e. those making equity investments in startups.

Regards,

James

**From:** Ari Lewis [mailto:me@arilewis.com]
**Sent:** Tuesday, June 06, 2017 11:31 AM
**To:** James Wilson <JWilson@svb.com>
**Cc:** Niko Vuori <nikovuori@gmail.com>
**Subject:** Re: Introduction within Emerging Manager Practice? -Grasshopper Capital

_____ We are buying and selling not only Bitcoin, but other tokens. Attached is a deck that discusses our fund thesis more in-depth. We will not be making an equity investment in any cryptocurrency/bitcoin startups.

[Quoted text hidden]

---

**Ari Lewis** <me@arilewis.com>                                        Wed, Jun 7, 2017 at 12:01 PM
To: James Wilson <JWilson@svb.com>
Cc: Niko Vuori <nikovuori@gmail.com>

No problem. Completely understand.

Thanks,

Ari
[Quoted text hidden]

---

**Ari Lewis** <me@arilewis.com>                                         Fri, Jun 9, 2017 at 11:52 AM
To: James Wilson <JWilson@svb.com>
Cc: Niko Vuori <nikovuori@gmail.com>

Hi James,

Just out of curiosity. Why does SVB not accept cryptofunds as clients? I know this is a new space, but do you think they'd be willing to consider it. I feel like we are in between a hedge fund and a VC firm so the structure is unique. We would only need the account for the LLC to manage expenses and the LP to manage deposits in withdrawals in USD. Let me know.

Token investing is obviously extremely new and even though it isn't equity-linked, it has much of the same incentives.

Ari
[Quoted text hidden]

# Exhibit E



‹ 1         **Ari**         ⓘ

All good. Not end of the world. Want to schedule time for Monday or is that too soon?

Gimme till middle of next week

I want to move quickly, but also want to do it properly

Totally agree, don't want to put you in uncomfortable position. Goal is 10-20 year relationship. A few weeks doesn't hurt us. :)

    iMessage   

