KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN - #243780
alauridsen@keker.com
BAILEY W. HEAPS - #295870
bheaps@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiff
NIKO VUORI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKO VUORI,<br><br>            Plaintiff,<br><br>     v.<br><br>GRASSHOPPER CAPITAL LLC, ARI LEWIS and SAGAR RAMBHIA,<br><br>            Defendants. | Case No. 3:17-cv-06362-JCS<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES**<br><br>Ctrm:    G, 15th Floor<br>Judge:   Magistrate Judge Joseph C. Spero<br><br>Date Filed: October 31, 2017<br><br>Trial Date: None Set |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, plaintiff is aware of no non-party interested entities or person to report.

Dated: February 12, 2018                                         KEKER, VAN NEST & PETERS LLP

                                                          By:    */s/R. Adam Lauridsen*
                                                                 R. ADAM LAURIDSEN
                                                                 BAILEY W. HEAPS

                                                                 Attorneys for Plaintiff
                                                                 NIKO VUORI