UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKO VUORI,<br>　　　　Plaintiff,<br>　v.<br>GRASSHOPPER CAPITAL LLC, et al.,<br>　　　　Defendants. | Case No. 17-cv-06362-JCS<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 40 |

The Court held a telephonic hearing on the parties' joint discovery letter (dkt. 40) on April 6, 2018. R. Adam Lauridsen appeared on behalf of Plaintiff Niko Vuori and Carlos Rosario appeared on behalf of Defendants Grasshopper Capital LLC, Ari Lewis, and Sagar Rambhia.

No later than April 13, 2018, Defendants shall produce on an attorneys'-eyes-only basis to Plaintiff's counsel a list of the names of investors in Grasshopper Capital LLC and the dates of their investments. Plaintiff may not contact any investors from the list without further order of the Court, except for investors where Plaintiff had knowledge of their investments independent of the list produced by Defendants.

**IT IS SO ORDERED.**

Dated: April 6, 2018

JOSEPH C. SPERO
Chief Magistrate Judge