UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKO VUORI,<br><br>    Plaintiff,<br><br>v.<br><br>GRASSHOPPER CAPITAL LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-06362-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 53 |

The parties move to file under seal a joint discovery letter brief and several exhibits thereto on the basis that they contain non-public financial information pertaining to Plaintiff Niko Vuori. Although the Court is prepared to seal such information under the "good cause" standard applicable to "keep sealed records attached to non-dispositive motions," *see Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006), Vuori's financial information makes up only a small part of each of the documents at issue, most of which consist of discovery responses or correspondence between counsel. Even under the "good cause" standard, requests to file documents under seal in this Court must be narrowly tailored. Civ. L.R. 79-5(b). The motion is therefore DENIED without prejudice as overbroad. The parties may file a renewed motion to file under seal portions of those documents accompanied by public versions with narrowly tailored redactions. The Court will consider the parties' discovery dispute after an appropriate sealing motion has been filed.

**IT IS SO ORDERED.**

Dated: June 21, 2018

JOSEPH C. SPERO
Chief Magistrate Judge