# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKO VUORI,<br>　　　　　Plaintiff,<br>　　v.<br>GRASSHOPPER CAPITAL LLC, et al.,<br>　　　　　Defendants. | Case No. 17-cv-06362-JCS<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that this case is dismissed with prejudice with the court to retain jurisdiction to enforce the terms of the settlement between the parties on motion. This dismissal with prejudice does not change or affect any of the payment terms under the agreement.

**IT IS SO ORDERED.**

Dated: August 6, 2018

　　　　　　　　　　　　　　　　　　　　　　　　
JOSEPH C. SPERO
Chief Magistrate Judge